1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE B. HARRIS,                        Case No.  1:13-cv-01585 LJO DLB PC

12              Plaintiff,                      ORDER DIRECTING CLERK OF THE
                                               COURT TO CLOSE THIS CASE PURSUANT
13        v.                                    TO PLAINTIFF'S NOTICE
                                               OF VOLUNTARY DISMISSAL
14   GERMAN, et al.,
                                               (Document 7)
15              Defendants.

16

17          Plaintiff Devonte B. Harris ("Plaintiff") is a California state prisoner proceeding pro se and

18   in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on

19   October 2, 2013.

20          On March 12, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of

21   Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to

22   dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267

23   F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action,

24   and the Court no longer has jurisdiction over the claims.  Id.

25

26

27

28

                                               1

1         Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

2    Plaintiff's notice of voluntary dismissal filed on March 12, 2014.

3

4    IT IS SO ORDERED.

5    Dated:   **March 14, 2014**                          **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

2